**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PARACO GAS CORPORATION, JOSEPH
ARMENTANO, and CHRISTINA
ARMENTANO,

                   Plaintiffs,

     -against-                                        22 **CIVIL** 5557 (CS)

                                                              **<u>JUDGMENT</u>**

IRONSHORE INDEMNITY, INC.,

                   Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 22, 2023, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      June 22, 2023

                                                                 **RUBY J. KRAJICK**

                                                                  _____
                                                                       **Clerk of Court**

                                            **BY:**     *K. Mango*

                                                                    _____
                                                                       **Deputy Clerk**